



USPS TRACKING # 9114 9014 9645 0086 9885 52

From: Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

TO: Clerk's Office
US District Court, ED PA
601 Market Street, Room 2609
Philadelphia, PA 19106

PRIORITY MAIL