# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG** | : | **CIVIL ACTION** |
| *Plaintiff-pro se* | : | |
| | : | **NO. 18-4760** |
| v. | : | |
| | : | |
| **MS INTERNATIONAL** | : | |
| **ENTERPRISES,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 20th day of November 2018, upon consideration of *pro se* Plaintiff Andrew Perrong's written request for leave to file documents electronically pursuant to Local Rule of Civil Procedure 5.1.2(4)(b), [ECF 3], it is hereby **ORDERED** that the request is **GRANTED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*