## PROOF OF SERVICE

I, **GEOFFREY THOMAS**, declare:

I am a Registered Process Server (REG #2015321035) and was instructed to serve process in the matter between *Andrew Perrong vs. MS International Enterprises (MSIE) d/b/a Certified Enrollment Center, Kashan Charles Riley, Jane Darlene Riley, Jawad Nesheiwat, and DOES 1-100 (Civil Action No. 18-4760)* on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to this action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto. I delivered a copy of the following:

### SUMMONS IN A CIVIL ACTION

by delivery to:

**JAWAD NESHEIWAT** at **2 FORREST STREET LADERA RANCH, CA 92694**

MANNER OF SERVICE:              DATE: **NOVEMBER 14, 2018**

[X] Personal Service                    TIME: **8:03PM**

[ ] Substituted Service

[ ] Other:

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on <u>NOVEMBER 23, 2018</u> at <u>LOS ANGELES,</u> California.

COUNTY OF LOS ANGELES
REG #2015321035
5350 WILSHIRE BOULEVARD #1505
LOS ANGELES, CA 90036
FEE FOR SERVICE $125

RPS:2015321035