IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG | : | CIVIL ACTION |
| *Plaintiff-pro se* | **FILED** | |
| | | NO. 18-4760 |
| v. | DEC 14 2018 | |
| MS INTERNATIONAL | KATE BARKMAN, Clerk | |
| ENTERPRISES, *et al.* | By_____Dep. Clerk | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 14th day of December 2018, upon consideration of Defendants' *motion for extension of time to respond to plaintiff's complaint*, [ECF 10], which Defendant has represented that Plaintiff does not oppose, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant has until December 21, 2018 to respond to Plaintiff's complaint.

BY THE COURT:

**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*